# In the United States Court of Federal Claims

Paul David: The House of Ondis

Plaintiff(s),

v.

THE UNITED STATES,

Defendant.

Case No. ~~REOBOY63O85-US~~ 6:21-cv-276-ORL-40GJK

Judge (TBD)

2021 FEB -9 PM — U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA — FILED

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.*, 28 U.S.C. §§ 1491-1509).

The grounds for filing falls under TITLE 28 U.S.C. SECTION 1346 (b)(1) and wish for an In Rem proceed under the Suits in Admiralty Act under Title 46 U.S.C. Section 30907 (b). The unrebutted Commercial Affidavit failing along with default and Certificate of Non response to WILMINGTON SAVINGS FUND SOCIETY FSB AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-E AS SUBSTITUTED PLAINTIFF FOR WELLS FARGO USA HOLDING INC. and LAW OFFICE OF MANDEL, MANGANELLI + LEIDER, P.A and MYA M. HATCHETTE ESQUIRE They are in Full Agreement of the Said Crimes committed Such As Estate embezzlement Title 18 USC SECTION 153, SECURITIES FRAUD UNDER Title 18 U.S.C. SECTION 1348. FRAUDS AND SWINDLES UNDER Title 18 U.S.C. 1341 AND COPYRICT INFRINGEMENT. I AM BRING A Suit in Admiral UNDER TITLE 28 U.S.C. SECTION 2502

## 2. PARTIES

Plaintiff, Paul David: The House of Ducks, resides at 11748 GRAND HILLS BLVD
(Street Address)

CLERMONT, FLORIDA 34711, 508-212-8430
(City, State, ZIP Code)   (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes ◯ No

If yes, please list the case(s) below, including case number(s):

_____

## 3. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The United States has taken my Estate and has embezzled it. The United States has Commited Copy right Infringements. Securities and Financial Instruments have been created in my Name without my consent and United States has no letter of Marquis to do so. Also SENDING mail to me and Trying to do business in God's house and this is frauds and swindles. The trading of my CUSIPS or my property while No dividends paid has returned to the Source. This is securities fraud.

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

The Relief I wish is the claim of $31,500,000.00 and all dividends pay out from my CUSIPS. The funds to return to the rightful owner Paul David Ondis

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4th__ day of __February__, __2021__.
 (day)           (month)           (year)

_Paul David: House of Ondis_
Signature of Plaintiff(s)